AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gorton, Nathaniel M. | District Court - Massachusetts | 05/08/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Court - Active | ☐ Nomination  Date<br>☐ Initial  ✓ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

United States District Court
1 Courthouse Way, Suite 3110
Boston, MA 02210

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Stockholder, Clerk/Secretary and Director | SG Seafood Holdings, Inc., Boston, MA (closely held      seafood business) a MA corporation. |
| 2. Member of the Corporation | The New England Home for Little Wanderers, Boston, MA (non-profit, private child-welfare agency) |
| 3. Power of Attorney/Trustee (see NOTE in Part VIII) | Fidelity money market accounts (for all stockholders of SG Seafood Holdings Inc., |
| 4. | |
| 5. Trustee | Irrevocable Trust (created in connection with the estate plan |
| 6. Trustee | 1989 Irrevocable Trust and Irrevocable Sub S Trust (both created in connection with the estate plan |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✓ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 05/08/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. August 19 | SG Seafood Holdings, Inc. (Closely held ▨ seafood business) corporate clerk/secretary, director, custodian, trustee and accounting duties | $10,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Lawyers Association | | | | reimbursement for lodging and travel by train w/spouse from Boston to NYC to attend annual N.Y.I.P.L.A. dinner 3/24/11 at Waldorf Astoria |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 05/08/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | SG Seafood Holdings, Inc. (a MA corporation) (common stock) | G | | P1 | Q | | | | | See Section VIII |
| 2. | Fidelity Cash Reserves (individual) | A | Dividend | K | T | | | | | |
| 3. | Fidelity Money Market Accounts (POA,trustee)(Att#1,¶4) | A | Dividend | N | T | | | | | |
| 4. | Charitable Remainder Trust | E | Int./Div. | | | | | | | See Section VIII |
| 5. | Ross Stores, Inc. | | | | | Buy | 01/06/11 | J | | |
| 6. | Target Corp. | | | | | Sold | 01/06/11 | J | A | |
| 7. | Costco Whse Corp | | | | | Sold | 04/12/11 | J | B | |
| 8. | Exxon Mobil Corporation | | | | | Sold (part) | 04/12/11 | J | B | |
| 9. | Market Vectors Gold Miners | | | | | Buy | 05/23/11 | J | | |
| 10. | Costco Whse Corp | | | | | Sold | 05/19/11 | J | B | |
| 11. | SPDR Gold Trust | | | | | Sold | 05/23/11 | J | C | |
| 12. | AT&T | | | | | Sold | 05/26/11 | J | A | |
| 13. | Automatic Data Processing | | | | | Sold | 06/08/11 | J | D | |
| 14. | Cisco Corp. | | | | | Sold | 08/18/11 | J | | |
| 15. | Market Vectors Gold Miners | | | | | Buy (add'l) | 08/18/11 | J | | |
| 16. | Netapp, Inc. | | | | | Buy | 08/18/11 | J | | |
| 17. | HSBC Holdings PLC ADR | | | | | Buy | 11/11/11 | J | | |

1. Income Gain Codes: (See Columns B1 and D4)
- A =$1,000 or less
- B =$1,001 - $2,500
- C =$2,501 - $5,000
- D =$5,001 - $15,000
- E =$15,001 - $50,000
- F =$50,001 - $100,000
- G =$100,001 - $1,000,000
- H1 =$1,000,001 - $5,000,000
- H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
- J =$15,000 or less
- K =$15,001 - $50,000
- L =$50,001 - $100,000
- M =$100,001 - $250,000
- N =$250,001 - $500,000
- O =$500,001 - $1,000,000
- P1 =$1,000,001 - $5,000,000
- P2 =$5,000,001 - $25,000,000
- P3 =$25,000,001 - $50,000,000
- P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
- Q = Appraisal
- R = Cost (Real Estate Only)
- S =Assessment
- T =Cash Market
- U = Book Value
- V = Other
- W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Public Storage, Inc. | | | | | Buy | 11/11/11 | J | | |
| 19. Boston Financial Management, Inc. IRA | F | Distribution | P1 | T | | | | | See Section VIII |
| 20. Vanguard FTSE All World FX US Index | | | | | Buy | 01/20/11 | K | | |
| 21. Ishares TR EAFE INDX | | | | | Sold | 01/20/11 | K | | |
| 22. Exxon Mobil Corporation | | | | | Sold | 04/12/11 | J | C | |
| 23. Lazard Ltd | | | | | Buy | 05/10/11 | J | | |
| 24. Public Storage Q 6.50%-CL | | | | | Buy | 05/10/11 | J | | |
| 25. Total S A ADR | | | | | Buy | 05/10/11 | J | | |
| 26. Healthcare REIT Inc. | | | | | Buy | 05/19/11 | J | | |
| 27. NETAPP Inc. | | | | | Buy | 05/19/11 | J | | |
| 28. Citrix Sys Inc. | | | | | Sold | 05/19/11 | J | C | |
| 29. Novartis Capital Corp. | | | | | Sold | 05/19/11 | K | | |
| 30. Wells Fargo Cap | | | | | Sold | 05/19/11 | J | A | |
| 31. Market Vectors Gold Miners | | | | | Buy | 05/23/11 | L | | |
| 32. SPDR Gold Trust | | | | | Sold | 05/23/11 | L | E | |
| 33. AT&T | | | | | Sold | 05/26/11 | J | A | |
| 34. Diageo PLC ADR | | | | | Buy | 07/01/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R = Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ]  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Anadarko Pete Corp | | | | | Sold | 07/01/11 | J | D | |
| 36. Citrix Sys Inc./ | | | | | Sold | 07/01/11 | J | C | |
| 37. HSBC Holdings | | | | | Buy | 07/07/11 | K | | |
| 38. Financial Select Sector SPDR | | | | | Sold | 07/07/11 | K | D | |
| 39. HSBC Holdings | | | | | Buy | 08/09/11 | J | | |
| 40. Gulf Power | | | | | Buy | 08/18/11 | J | | |
| 41. Market Vectors Gold Miners | | | | | Buy | 08/18/11 | J | | |
| 42. NETAPP Inc | | | | | Buy | 08/18/11 | J | | |
| 43. Cisco Corp. | | | | | Sold | 08/18/11 | J | | |
| 44. Market Vectors Gold Miners | | | | | Buy | 09/01/11 | J | | |
| 45. United Parcel SVC Inc. CL B | | | | | Buy | 09/01/11 | J | | |
| 46. Fedex Corp | | | | | Sold | 09/01/11 | K | | |
| 47. HSBC Holdings PLC ADR | | | | | Buy | 09/09/11 | J | | |
| 48. Lazard Ltd TB-A | | | | | Sold | 09/09/11 | J | | |
| 49. Vanguard FTSE All World EX-US Index | | | | | Sold | 10/25/11 | K | | |
| 50. Matthews Asia Small Cos | | | | | Buy | 10/26/11 | K | | |
| 51. Federal Home Ln Bks | | | | | Sold | 12/16/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Boston Financial Management, Inc. revocable trust | B | Int./Div. | M | T | | | | | See Section VIII |
| 53. Anheuser Busch Corp. | | | | | Buy | 03/29/11 | J | | |
| 54. Cisco Corp. | | | | | Buy | 03/29/11 | J | | |
| 55. Diageo PLC ADR | | | | | Buy | 03/29/11 | J | | |
| 56. HCP, Inc. | | | | | Buy | 03/29/11 | J | | |
| 57. IShares INC MSCI PAC J IDX | | | | | Buy | 03/29/11 | J | | |
| 58. IShares TR MSCI EMERG MKT | | | | | Buy | 03/29/11 | J | | |
| 59. McCormick & Co., Inc. | | | | | Buy | 03/29/11 | J | | |
| 60. Northern Trust Corp. | | | | | Sold | 04/04/11 | J | | |
| 61. Public Storage Corp. | | | | | Buy | 05/10/11 | J | | |
| 62. Total AL S A ADR | | | | | Buy | 05/10/11 | J | | |
| 63. Health Care REIT Inc.. | | | | | Buy | 05/11/11 | J | | |
| 64. Intel Corp. | | | | | Buy | 08/11/11 | J | | |
| 65. Western Union Co. | | | | | Buy | 08/11/11 | J | | |
| 66. Cisco Corp. | | | | | Sold | 08/11/11 | J | | |
| 67. PowerShares Global Water Portfolio | | | | | Sold | 09/23/11 | J | | |
| 68. Boston Financial Mangement, Inc. revocable trust | B | Int./Div. | K | T | | | | | See Section VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Costco Wholesale Corp | | | | | Sold | 01/21/11 | J | B | |
| 70. Nextera Energy, Inc. | | | | | Buy | 03/24/11 | J | | |
| 71. Exelon Corp. | | | | | Sold | 03/24/11 | J | | |
| 72. Total S A ADR | | | | | Buy | 05/10/11 | J | | |
| 73. HSBC Holdings | | | | | Buy | 07/07/11 | J | | |
| 74. Financial Select Sector SPDR | | | | | Sold | 07/07/11 | J | A | |
| 75. Bank of America | A | Interest | J | T | | | | | |
| 76. | | | | | | | | | |
| 77. | | | | | | | | | |
| 78. | | | | | | | | | |
| 79. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 05/08/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, Line 5 - NOTE: None of the beneficiaries of the following trusts and accounts of which the reporting party is a trustee (or holds a power of attorney) is a dependent of the reporting party and neither the reporting party nor his spouse has any beneficial interest in or control over the disposition of assets of such trusts and accounts.

Part VII, Line 1 - Income of the reporting party reported in Section VII is attributable to his pro rata share of the income of SG Seafood Holdings, Inc. (" Holdings") which is taxed as an S corporation whereby all corporate income is deemed passed through and taxable to the individual stockholders whether or not such income is, in fact, distributed. The value of the stock holdings is appraised biennially by a certified financial analyst.

Part VII, Line 4 - in 1997 ⬚⬚⬚⬚⬚ funded a charitable remainder trust of which they are the income beneficiaries for life but in which they retain no right to principal.

Part VII, Lines 4, 19, 52 and 68 - The assets listed on these lines (and the transactions noted in the lines that follow) are managed by Boston Financial Management, Inc., Boston, MA and consist of stocks and bonds in publicly held companies and equity holdings based on indices listed in Attachment #2.

Part VII, Line 19 - The reporting party is now required to withdraw a certain minimum amount from his IRA account each year.

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 05/08/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Nathaniel M. Gorton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544